1

2

3

4
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
5

6
TRINITY GLASS INTERNATIONAL, INC.,
7
a Washington corporation,

              C04-5330RJB
Plaintiff,
8

9
vs,
            **MINUTE ORDER**

10
BURNS, MORRIS & STEWART LIMITED
PARTNERSHIP, a Texas limited partnership,
11

Defendant.

12

13      NOW, on this 22nd of June, 2005, the Court directs the Clerk to enter the following Minute

14 Order pursuant to the oral opinion rendered by the Court during Markman Hearing held in the above-

15 entitled case on June 15, 2005:

16      The term of "integrally formed" in U.S. Patent No. 5,873,209, means the following:

17             Permanently connected together so as to make up a single
complete piece or unit, so as to be incapable of being dismantled
18             without destroying the integrity of the piece or unit and/or one or
both of the constituent portions.
19

20      Court rules Plaintiff's Motion for Leave to Amend Complaint and Reply to Assert

Inequitable Conduct, Dkt #58, is DENIED.

21

22      The foregoing Minute Order entered by Dara Kaleel, by direction of the Honorable ROBERT J.

BRYAN, United States District Judge.

23

24

25                            /s/ Dara L. Kaleel
                            Dara L. Kaleel, Deputy Clerk

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26