The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRINITY GLASS INTERNATIONAL, INC., a Washington corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>BURNS, MORRIS & STEWART LIMITED PARTNERSHIP, a Texas limited partnership,<br><br>  Defendant. | No. C04-5330 RJB<br><br>STIPULATED ORDER DISMISSING CERTAIN CLAIMS |

**STIPULATION**

The parties, through their undersigned counsel of record, state and stipulate as follows:

Defendant, Burns Morris & Stewart Limited Partnership ("BMS") stipulates, covenants, undertakes and agrees that it will not assert infringement of any claim of U.S. Patent No. 5,950,391 (the '391 Patent), or of claims 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, or 20 of U.S. Patent No. 5,873,209 (the '209 Patent) against Plaintiff, Trinity Glass International, Inc. ("Trinity Glass"), with respect to Trinity Glass's manufacture, sale, offering for sale, importation, and/or use of Trinity Glass's current, existing pre-hung doors containing the jamb-to-sill adapter known as the sill key.  BMS further stipulates, covenants, undertakes and agrees that it will not assert infringement of

STIPULATED ORDER
(C04-5330 RJB) — 1

SEA 1660310v1 48522-29

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

any claim of the '391 Patent or of claims 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20 of the '209 Patent against any purchasers of Trinity Glass's products for past or future purchases of, or for use, resale, or offering for resale of, Trinity Glass's pre-hung doors containing the jamb-to-sill adapter known as the sill key.

The preceding paragraph is a covenant not to sue for infringement of any claim of the '391 Patent and of claims 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20 of the '209 Patent, and such covenant shall be construed broadly enough to extend to trivial variations of Trinity Glass's current, existing pre-hung doors containing the jamb-to-sill adapter known as the sill key, but shall not extend to any completely new and different products that Trinity Glass may introduce in the future.

Trinity Glass's suit for a declaratory judgment of invalidity and/or non-infringement of the '391 Patent and/or the '209 Patent, insofar as it pertains to patent claims other than claim 2 of the '209 Patent, shall be and hereby is dismissed for lack of subject matter jurisdiction, in light of the absence of a case or controversy as to patent claims other than claim 2 of the '209 Patent, with each party to bear its own costs. Trinity Glass's suit for a declaratory judgment of invalidity and/or non-infringement of claim 2 of the '209 Patent shall continue to proceed in this litigation. BMS's counterclaim against Trinity Glass for infringement of the '391 Patent and for infringement of claims 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20 of the '209 Patent is dismissed with prejudice, with each party to bear its own costs. BMS's counterclaim against Trinity Glass for infringement of claim 2 of the '209 Patent shall continue to proceed in this litigation.

STIPULATED ORDER
(C04-5330 RJB) — 2

SEA 1660310v1 48522-29

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

1   In light of the foregoing stipulation and grant of a covenant not to sue for patent
2   infringement, this case will continue with respect to allegations of infringement, invalidity
3   and enforceability as to claim 2 of the '209 Patent only.
4   DATED this _____ day of September, 2005.

5   Davis Wright Tremaine LLP
    Attorneys for Plaintiff Trinity Glass
6   International, Inc.

    Williams Kastner & Gibbs
    Attorneys for Defendant Burns, Morris &
    Stewart Limited Partnership

7

8   By _____
        Stuart R. Dunwoody
        WSBA #13948
9       Charles S. Wright
        WSBA #31940

    By _____
        Timothy L. Ashcraft
        WSBA #26196

    1301 A Street, Suite 900
    Tacoma, WA 98401-1157
10  2600 Century Square
    1501 Fourth Avenue
11  Seattle, WA 98101-1688
    Tel:  (206) 622-3150
12  Fax: (206) 628-7699
    E-mail:  stuartdunwoody@dwt.com
    E-mail:  charleswright@dwt.com
13
    Tel:  (253) 593-5620
    Fax: (253) 593-5625
    E-mail:  tashcraft@wkg.com

    Standley Law Group
    Attorneys for Defendant Burns, Morris &
    Stewart Limited Partnership

14

15   By s/_____
         F. Michael Speed
         Michael Stonebrook
16       Jeffrey S. Standley
         James L. Kwak

17
18   495 Metro Place South, Suite 210
     Dublin, OH 43017-5319
     Tel:  (614) 792-5555
19   Fax: (614) 792-5536
     E-mail:  mspeed@standleyllp.com
20   mstonebrook@standleyllp.com
     jstandley@standleyllp.com
21   jkwak@standleyllp.com

22

23

STIPULATED ORDER
(C04-5330 RJB) — 3

SEA 1660310v1 48522-29

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699

**ORDER**

IT IS SO ORDERED.

DATED this 29th day of September, 2005.

_____
ROBERT J. BRYAN
United States District Court Judge

Presented by:

Davis Wright Tremaine LLP
Attorneys for Plaintiff Trinity Glass International, Inc.

By s/_____
   Stuart R. Dunwoody
   WSBA #13948
   Charles S. Wright
   WSBA #31940

2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688
Tel: (206) 622-3150
Fax: (206) 628-7699
E-mail: stuartdunwoody@dwt.com
E-mail: charleswright@dwt.com

STIPULATED ORDER
(C04-5330 RJB) — 4

SEA 1660310v1 48522-29

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699