UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRINITY GLASS INTERNATIONAL, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs,<br><br>BURNS, MORRIS & STEART LIMITED PARTNERSHIP, a Texas limited partnership,<br><br>Defendant. | C04-5330RJB<br><br>**MINUTE ORDER** |

NOW, on this 6th of October, 2005, the Court directs the Clerk to enter the following Minute Order:

For the reasons stated in the court's oral opinion on September 30, 2005, Plaintiff's MOTION for Summary Judgment of Noninfringement., Dkt #78, is GRANTED; Defendant's Cross Motion for Summary Judgment, Dkt #82, is DENIED; Plaintiff's MOTION for Summary Judgment of Invalidity (Renewed), Dkt #77, is DENIED AS MOOT;   This case is DISMISSED and the clerk is directed to enter declaratory judgment on behalf of Plaintiff.

The foregoing Minute Order entered by Dara Kaleel, by direction of the Honorable ROBERT J. BRYAN, United States District Judge.

/s/ Dara L. Kaleel
Dara L. Kaleel, Deputy Clerk