# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

06-1067 - TRINITY GLASS INTL V BURNS

Date of docketing:   11/09/05

Appeal from: United States District Court/ Western District of Washington
case no. 04-CV-5330

Appellant(s): BURNS, MORRIS & STEWART LIMITED PARTNERSHIP

Critical dates include:
  Date of docketing.  See Fed. Cir. R. 12.
  Entry of appearance.  See Fed. Cir. R. 47.3.
  Certificate of interest.  See Fed. Cir. R. 47.4.
  Docketing Statement.  (Due within 14 days of the date of docketing.)   See the en banc order
     dated August 1, 2005.  [Counsel can download a copy of the order and guidelines at
     www.fedcir.gov.]
  Requests for extensions of time.  See Fed. Cir. R. 26 and 27.  **N.B. Delayed requests are not
     favored by the court.**
  Briefs.  See Fed. Cir. R. 31.  **N.B. You will not receive a separate briefing schedule from
     the Clerk's Office.**
  Settlement discussions.  See Fed. Cir. R. 33.
  Oral argument schedule conflicts.  See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments:
  Official caption to all.
  Docketing Statement.  *(Only in cases where all parties are represented by counsel.)*
  Rules of Practice to pro se parties.  [Counsel can download the rules from www.fedcir.gov or call
     202.633.6550.]
  Entry of appearance form to all.
  Informal brief form to pro se parties.
  Transcript Purchase Order form to appellants.
  Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants
     owing the docketing fee.

Jan Horbaly
Clerk

cc:   US District Court, WD/WA
      Jeffrey S. Standley
      Stuart R. Dunwoody



04-CV-05330-NTC

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

06-1067

TRINITY GLASS INTERNATIONAL, INC.,

Plaintiff-Appellee,

v.

BURNS, MORRIS & STEWART LIMITED PARTNERSHIP,

Defendant-Appellant.

Appeal from the United States District Court for the Western District of Washington in case no. 04-CV-5330, Judge Robert J. Bryan.

Authorized Abbreviated Caption[2]

TRINITY GLASS INTL v BURNS, 06-1067

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.