NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Received From
SEATTLE

JAN 12 2006

——— FILED   ———ENTERED
——— LODGED   ———RECEIVED

GA   JAN - 9 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

**ORDER**

C04- 5330 RJB

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

*vanworbaly/Jr*

Jan Horbaly
Clerk

01/06/06

cc: Clerk's Office, DCT
    JEFFREY S. STANDLEY
    STUART R. DUNWOODY

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN - 6 2006

**JAN HORBALY
CLERK**

ISSUED AS A MANDATE: 01/06/06

TRINITY GLASS INTL V BURNS, 06-1067
DCT - 04-CV-5330

**CERTIFIED COPY**
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: *Linda R. Purdie* Date: 1/6/06

04-CV-05330-MAN

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

06-1067

TRINITY GLASS INTERNATIONAL, INC.,

JAN 0 9 2006

Plaintiff-Appellee,

v.

BURNS, MORRIS & STEWART LIMITED PARTNERSHIP,

Defendant-Appellant.

# O R D E R